UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER, | No. 2:23-cv-2376 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DIAN PATERSON, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: November 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hunt2376.36

1