1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID HUNTER,                                No.  2:23-cv-2376-TLN-KJN

12                  Plaintiff,

13          v.                                     **ORDER**

14    DIAN PATERSON, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil action seeking relief under 42

18    U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

19    U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 19, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  The time to file objections

23    has passed, and Plaintiff did not file objections to the findings and recommendations.

24          The Court reviewed the file and finds the findings and recommendations to be supported

25    by the record and by the magistrate judge's analysis.

26    ///

27    ///

28    ///

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2023 (ECF No. 15) are ADOPTED IN FULL;

2. Plaintiff's Motion for Emergency Transfer (ECF No. 13), construed as a motion for injunctive relief, is DENIED;

3. This action is DISMISSED without prejudice; and

4. The Clerk of Court is directed to close this case.

Date:  February 2, 2024

Troy L. Nunley
United States District Judge

2