UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER, | No. 2:23-cv-2376-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| DIAN PATERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, filed this civil action under to 42 U.S.C. § 1983.  On February 6, 2024, this Court dismissed this action without prejudice and judgment was entered.  (ECF Nos. 16, 17.)  Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals.  (ECF No. 18.)

On March 7, 2024, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether Plaintiff's in forma pauperis status should continue for his appeal or whether the appeal is frivolous or taken in bad faith.  (ECF No. 21); *see* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where district court finds the appeal to be frivolous).

For the reasons stated in the December 19, 2023 findings and recommendations (ECF No. 15), this Court finds that Plaintiff's appeal is frivolous.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Court REVOKES Plaintiff's in forma pauperis status on appeal because the appeal is frivolous; and
2. The Clerk of the Court is directed to serve this Order on the Ninth Circuit Court of Appeals.

Date: March 18, 2024

_____
Troy L. Nunley
United States District Judge

2